AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Erhan John ER<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 8:25-MJ-2722-AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 2, 2022, and September 4, 2022, in the county of Sarasota in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Making a False Statement During the Purchase of a Firearm |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

*Joshua Dominguez*
Complainant's signature

Joshua Dominguez, Special Agent, ATF
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/7/25

Judge's signature

City and state: Tampa, FL     Honorable Anthony E. Porcelli, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Dominguez, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1) I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed by the United States Department of Justice since May 2022. I have approximately three years of law enforcement training and experience. This training and experience includes, but is not limited to, employment with the Arizona State University Police Department as an Emergency Dispatcher for approximately one year. Upon being hired by ATF, I completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training program.

2) I am authorized to investigate violations of laws of the United States, including violent crimes, firearm trafficking offenses, and to execute warrants issued under the authority of the United States. I am currently assigned to the ATF Tampa Division. During my employment as an ATF Special Agent, I have participated in numerous investigations which have resulted in the arrests of numerous individuals and the seizures of firearms and ammunition. During these investigations, I have conducted or participated in interviews, and conducted numerous debriefings of witnesses, informants, cooperating defendants, and other individuals cooperating with the United States.

3)      Federal law requires that the ATF Form 4473 (Firearms Transaction Record) must be completed before a federally licensed firearms dealer (gun dealer) sells or transfers a firearm. Federal law also imposes record-keeping requirements on gun dealers, including that gun dealers record the actual buyer of the firearm to assist law enforcement authorities in investigating gun crimes through the tracing of guns back to the buyer.

4)      I submit only those facts believed to be relevant in the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts in this investigation.

5)      I submit this affidavit in support of a Criminal Complaint charging Erhan John ER (ER), with making a false statement during the purchase of a firearm in violation of 18 U.S.C. § 922(a)(6).

## PROBABLE CAUSE

6)      On September 10, 2024, ATF Special Agents Konstantinos Balos and I received information from ATF Intelligence Research Specialist Davin Granahan regarding the recovery of firearms with obliterated serial numbers in Canada. According to the ATF Canada Country Office, those firearm serial numbers were restored by Canadian authorities and traced back to ER, who has an address listed in Sarasota, Florida.

7)      According to further ATF Crime Gun Intelligence (CGI) Analytics, ER purchased at least twelve handguns on July 2, 2022, from two federal firearms licensees. Specifically, on July 2, 2022, ER purchased seven firearms from High

Noon Guns in Sarasota Florida and another five firearms from Shark Coast Tactical in Sarasota Florida.

8) A review of the ATF Form 4473's for ER's July 2, 2022, firearms purchases indicated that he answered "YES" to question 11a, which states, "Are you the actual transferee/buyer of the firearm(s) listed on the form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the dealer cannot transfer the firearm(s) to you." ER placed his signature on each form, stating the answers were "true, correct, and complete."

9) Based on a review of border crossing records and financial documents, I have determined ER entered Canada from the United States on July 8, 2022—six days after he purchased the 12 firearms in Sarasota.

10) On July 10, 2022, ER returned to the United States from Canada.

11) ER reentered Canda from the United States two days later, on July 12, 2022.

12) The next day, on July 13, 2022, ER returned to the United States from Canada.

13) As detailed below, five of the twelve firearms purchased by ER on July 2, 2022, were recovered at crime scenes in Canada.

14) On July 27, 2022 (25 days after purchase), the Thunder Bay Police of Ontario, Canada recovered a Glock 19X during the execution of a residential search warrant that stemmed from multiple sales of cocaine and fentanyl. At the time it was

recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on July 2, 2022.

15) On December 11, 2022 (162 days after purchase), the Durham Regional Police Service of Ontario, Canada recovered a Glock 26 during the investigation of a Firearm Possession Offense. At the time it was recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on July 2, 2022.

16) On May 10, 2023 (312 days after purchase), the Quebec Provincial Police recovered a Glock 45 during the investigation of a Homicide Offense. At the time it was recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on July 2, 2022.

17) On October 26, 2023 (481 days after purchase), the York Regional Police of Ontario, Canada recovered a Glock 42 during the investigation of a Robbery Offense. At the time it was recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on July 2, 2022.

18) On June 30, 2024 (729 days after purchase), the Hamilton Police Service of Ontario, Canada recovered a Glock 49 during the investigation of a Homicide Offense. At the time it was recovered, the firearm had an obliterated serial

number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on July 2, 2022.

19) On September 4, 2022, ER picked up an additional sixteen firearms from Lotus Gunworks in Naples, Florida.[1] Each of the sixteen firearms purchased were pistols. ER ordered these firearms online on July 25, 2022.

20) A review of the ATF Form 4473's for ER's September 4, 2022, firearms purchases indicated that he answered "YES" to question 11a, which states, "Are you the actual transferee/buyer of the firearm(s) listed on the form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the dealer cannot transfer the firearm(s) to you." ER placed his signature on each form, stating the answers were "true, correct, and complete."

21) Based on a review of border crossing records and financial documents, I have determined ER entered Canada from the United States on September 13, 2022—nine days after he purchased the sixteen firearms in Naples.

22) ER returned to the United States from Canada on September 15, 2022 at 12:22 AM. Later that day, at 7:30 PM, ER reentered Canada from the United States.

---

[1] Based on my knowledge of this investigation, I know that Lotus Gunworks also operates under the name Alamo Range.

23) On September 26, 2022, ER entered the United States from Canada.

24) On September 29, 2022, ER entered Canada from the United States.

25) As detailed below, five of the firearms purchased by ER on September 4, 2022, were subsequently recovered at crime scenes in Canada.

26) On April 22, 2023 (230 days after purchase), the Halton Police Service of Ontario, Canada recovered a Glock 19X during the investigation of a Firearm Possession Offense. At the time it was recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on September 4, 2022.

27) On July 4, 2023 (303 days after purchase), the Toronto Police Service recovered a Glock 36 during the investigation of a Firearm Possession Offense. At the time it was recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on September 4, 2022.

28) On October 4, 2023 (395 days after purchase), the Ontario Provincial Police recovered a Glock 30Gen4 during the investigation of a Firearm Possession Offense. At the time it was recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on September 4, 2022.

29) On October 14, 2024 (771 days after its purchase), the Toronto Police Service recovered a Glock 22 during the investigation of a Firearm Possession Offense. At the time it was recovered, the firearm had an obliterated serial number.

Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on September 4, 2022.

30) On November 11, 2024 (799 days after purchase), the Toronto Police Service recovered a Glock 27 during the investigation of a Discharge of a Firearm Offense. At the time it was recovered, the firearm had an obliterated serial number. Subsequently, authorities were able to restore the serial number and confirm it was purchased by ER on September 4, 2022.

31) On October 16, 2024, I conducted a consensual telephonic interview of ER. ER explained that he was still a citizen of the United States but did not currently live in the United States as he was waiting for his wife, Marilena DISTEFANO, to become a citizen of the United States.[2] ER admitted to living at an address in Sarasota, Florida with his wife and son from February of 2022 to September of 2022. ER admitted that he was expecting a call from ATF agents at some point due to the number of firearms that he purchased but was not expecting it to be two years after he purchased them. ER described the firearms he purchased as pistols and said that he purchased so many of the same firearms because he liked having multiples of the same things and wanted to practice with ceramic coating the firearms with different colors.

---

[2] I have received information indicating that DISTEFANO has since received her U.S. Permanent Resident Card.

7

32) ER claimed that all the firearms he purchased were secured in a storage unit in Sarasota, Florida and that there was no way that someone could have taken the firearms out of the unit. He added they were at the very back of the storage unit and the entire unit would need to be emptied to access them. He claimed that the last time he saw the firearms was in September of 2022 when he and his wife left to live in Canada. He also stated that no one besides him had access to the storage unit. He claimed to have checked on the storage unit's condition after the hurricanes experienced in Florida during 2024 (Hurricanes Helene and Milton) via phone call to the manager of the storage company. ER said that he was told that the facility was damaged but that his unit was not.

33) ER denied having sold, shipped, transported, or transferred any of the firearms before moving out of Florida because he did not trust anyone with the firearms. He refused to meet with ATF in person due to concerns of him being arrested. When asked why he felt he would be arrested, he claimed he heard "horror stories."

34) On November 27, 2024, Special Agents Konstantinos Balos and I visited Extra Space Storage, located at 4173 Clark Road in Sarasota, Florida. Management at the office confirmed ER's wife, DISTEFANO, rented a unit at their location with ER as an authorized contact. On December 3, 2024, I served a Grand Jury Subpoena for Records on Extra Space Storage to gather information relating to the storage unit to include the unit number. On December 9, 2024, Extra Space Storage provided me with the requested records, which confirmed that ER and

DISTEFANO rented unit number 44, and the unit was paid through January 5, 2025.

35) On December 19, 2024, a Federal Search Warrant was served by ATF Tampa Special Agents Konstantinos Balos and I at the storage unit of ER and DISTEFANO. The property manager Edward Sadelak removed the lock per Extra Space Storage policy. I took a video of the lock removal. There was no evidence of a burglary or forced entry into the unit prior to removing the lock. Several items of evidence were recovered inside of the storage unit and are listed as follows:

36) A handwritten "Gun Ledger with Canadian Payout amounts for Transpo of Glock and Draco Firearms (Exhibit 1)."



*Exhibit 1*

37) The dollar amount of $2,886.86 on the ledger for "G45x2, G19x2" matched the dollar amount displayed on the Shark Coast Tactical receipt for 2 Glock 45 firearms and 2 Glock 19X firearms that were paid for on June 30, 2022 (Exhibit 2).

| | |
|---|---|
| GLOCK 45 MOS SN BXMB736 | $699.00 |
| GLOCK 45 SN BXMB737 | $699.00 |
| GLOCK 19X SN BWHD984 | $650.00 |
| GLOCK 19X SN BWHD987 | $650.00 |
| Subtotal | $2,698.00 |
| Tax   7.00 % | $188.86 |
| Order total | $2,886.86 |
| **Total paid** | **$2,886.86** |

June 30, 2022 5:27 pm

*Exhibit 2*

38) A receipt dated July 25, 2022, for the purchase of 16 firearms (Exhibit 3). The domain name contained in the email address on the receipt is alamorange.com. As noted above, Alamo Range is another name for Lotus Gunworks. Based on my knowledge of this investigation, I believe this is the receipt for the sixteen firearms that ER picked up from Lotus Gunworks on September 4, 2022.

**Thank You for Your Order!**

Your transaction has been approved and we are sending a confirmation email to erhanjohnh@gmail.com

We recommend that you also print or save this page for your records.

**Order Details**

| Order Number: 4978 | Order Date: 07/25/2022 | Order Total: $10,811.98 |

**Customer, Billing and Shipping Info**

| Customer | Billing | Shipping |
|---|---|---|
| erhan john er | erhan john er | Hold for pickup at our Naples, FL store. (We will contact you when your order is available for in-store pickup.) |
| Email: erhanjohnh@gmail.com | 3963 country view dr | |
| Phone: 647-680-6854 | sarasota , FL 34233 | |

Credit Card: 45********6971

**Item Details**

| Product ID | Item | Qty | Price |
|---|---|---|---|
| 764503026911 | Glock, 19X, Striker Fired, Semi-automatic, Polymer Frame Pistol, Compact, 9MM, 4.02" Barrel, Glock Marksman Barrel, nPVD Finish, Coyote, No Finger Grooves, Glock Night Sights, 19 Rounds, 3 Magazines, (2)-19 Rounds and (1)-17 Rounds, Ambidextrous Slide Sto | 2 | $1,295.00 |
| 764503502224 | Glock, G22, Gen3, Safe Action, 40S&W, 4.49" Barrel, Polymer Frame, Matte Finish, Fixed Sights, 15Rd, 2 Magazines, Glock OEM Rail, Austria | 2 | $1,100.00 |
| 764503235023 | GLOCK G23 Gen 3, Striker Fired, Compact, 40S&W, 4.02" Barrel, Polymer Frame, Matte Finish, Fixed Sights, 10Rd, 2 Magazines | 2 | $1,100.00 |
| 764503001246 | Glock G26 Semi-automatic Double Action Only Sub Compact 9MM 3.46" Polymer Matte 10Rd | 2 | $1,100.00 |
| 764503001277 | Glock, G27, Semi-Automatic Double Action Only Sub Compact 40 S&W 3.46" Barrel, Polymer Matte 9+1 Round | 2 | $1,100.00 |
| 764503762017 | Glock, G30 Gen 4, Double Action Only, Compact Pistol, 45 ACP, 3.78" Barrel, Polymer Frame, Matte Finish, Fixed Sights, 10+1 Round, 3 Magazines, Glock OEM Rail | 2 | $1,202.50 |
| 764503913884 | Glock, G36, Sub Compact, .45 ACP, 3.78" Barrel, Polymer Frame, 6 round, 2 Magazines | 2 | $1,202.50 |
| 787450071186 | Century Arms Mini Draco 7.62x39 7.75" Barrel 30 Round Steel Semi Automatic Pistol | 2 | $1,999.98 |

Subtotal: $10,099.98
Shipping: $0.00
Tax: $707.00
*Charges: $5.00
Total Amount: $10,811.98

*Background Check

CURRENT PROCESSING TIMES ARE 10-15 BUSINESS DAYS

**Questions about this order?**

Phone: 239-593-0232
Email: JCrider@alamorange.com
Address: GF - LGW
2390 Vanderbilt Beach Road
Naples, FL 34109

*Exhibit 3*

11

39) A "Warrior Glide Grinder Power Tool (Exhibit 4)." As noted above, the recovered firearms in Canada had obliterated serial numbers. I know from my training and experience that altering or obliterating a firearm's serial number is often utilized by persons attempting to evade detection. The methods of obliteration include grinding, scraping, and drilling. This disrupts law enforcement's ability to trace firearms used in crimes.



*Exhibit 4*

40) An "Empty Glock Box for a Glock 19Gen5 bearing serial number BWRZ498 (Exhibit 5)." I have learned through my training and experience that firearm traffickers will maintain gun boxes from guns they have previously purchased. A review of the corresponding 4473 form indicated that ER purchased

the firearm from a gun dealer in Sarasota, FL on April 23, 2022



*Exhibit 5*

41) The same day as the execution of the search warrant at the storage facility, in another telephonic and electronically recorded interview with me and SA Balos, ER claimed that the firearms that he purchased in 2022 were in his storage unit in Sarasota, Florida. He again denied having sold, given, exchanged, or gifted the firearms to anyone. He also denied having shipped, transported, or transferred the firearms to Canada adding, "That's illegal."

42) On December 26, 2024, ER called the Sarasota County Sheriff's Office (SSO) dispatch to request a check on his storage unit. During the call ER indicated he was in Canada for the Christmas holiday and identified his callback number as (647) 505-1903. The area code and prefix for this phone number is located in Toronto, Ontario, Canada. He further identified the storage unit as Unit 44 at Extra Space Storage located at 4173 Clark Rd, in Sarasota, FL.

43) On December 26, 2024, Homeland Security Investigations (HSI) S/A Timothy Carroll and HSI Task Force Officer (TFO) Kenneth Burkhardt interviewed ER after he was stopped at the Lewiston Bridge Port of Entry in Lewiston, New York as he was entering from Canada. ER stated that he currently lives in Canada but works in the trucking business for a company based out of Seattle, Washington. He stated that while living in Florida, he purchased about 20 to 30 firearms because he had a hobby of "cerakoting"[3] and designing firearms. According to ER, his wife got mad about it, and one night he "melted everything down." ER also reiterated that he never sold any firearms privately, and the guns have never gone to Canada because it would be illegal to take them there.

44) Special Agent Carroll detained ER's phone and copied its contents based on CBP's Border Search Authority.

45) An analysis of the data contained within the phone was completed by ATF Special Agent Jessica Stith, who identified several communications by ER with individuals as summarized below.

46) On July 30, 2022, ER (647-680-6854) messaged a contact saved as "Wife" (416-276-0241) about his "need to somehow get money into the usd bmo asap" so he can "order the other 48 next week." The investigation has determined that "Wife" is Marilena DISTEFANO, ER's wife.

---

[3] Ceraktoing is a process in which a person applies a ceramic coating to a firearm to customize its appearance.

47) On July 31, 2022, ER messaged his "Wife" that "one batch of 16 got canceled" and "order from other stores or take this 16 that's for sure and be prepared for the next time." ER stated "I know I'll get the money back from the guy it's the bank I'm worried about. I know the US takes time to return the money. "Wife" responded "just wait you got 16 to deal with already". ER stated "Yeah but I'm not going to hand it over for him to make the killing off. I'd rather make the most of it then be ready for the next round." He described the anticipated profit from the trafficking of firearms as "OK say I give him the 16 rite. I only get the money for what I paid plus 16k vs if I just get him to sell it, I get 44k in total minus my expenses So about a 14 to 16k difference if I were to just take my expenses and 16k vs he sells it for me." ER's wife responded "Well what did you so before. Aren't you selling it to him." ER stated "Bringing it to him the first time and I'm like f@ck this I want more and he offered this option and I said ok." ER continued "When he told me what he sells for I did the math and it's double so I told him I want to make more he said put up half of what the stuff I'll take 1k off earch for your half you keep the rest and I'll pay your fee for my half." ER's wife stated, "Yes but if your putting up more money doesn't it work out to be the same thing. I dunno that's just getting deeper involved and it looks like your doing all the work. Cuz the biggest thing is getting the stuff, rather than selling, because you're putting your name on the line, and without they won't have stuff to sell." Based on my training and experience, and my knowledge of the investigation, I believe this conversation refers to ER's plans to sell

15

the sixteen firearms that he ordered on July 25, 2022 (6 days earlier) from Lotus Gunworks in Naples, Florida.

48) On July 31, 2022, ER messaged his "Wife," "Ok let me explain like this. Say I spent 25k cdn rite for 32pcs." ER continued "32x3750=120000. Minus 32k for his fee and 25k for my expenses. That's what I get left with profit. Vs 32k just for my fee bringing it to him." "Wife responded "Ok but what are you doing extra." ER responded "Nothing! The same sh@t I'm doing now. Go buy collect deliver." Based on my training and experience, and my knowledge of the investigation, I believe this message to be about the sale of firearms.

49) The exchange resulted in ER asking "Should I take the 16 and be ready for the next time with the money in bmo account etc or keep pushing to get the full 64 count. "Wife" responded "do the 16 and be ready for next time. Being rushed isn't good you wanna make sure everything is perfect." Based on my training and experience, and my knowledge of the investigation, I believe this conversation to be about firearm trafficking. ER seeks DISTEFANO's opinion on how to prepare for the next order/delivery and details a proposal to make more money. ER explains that he discovered the pieces are being sold for double and that he only collects $1,000 (USD or CDN) per piece as a delivery fee. ER proposes putting up his own money to make the purchase himself in order to maximize his profit. ER makes

16

references to a cancelled order of "16" (that he now has on hand) and pushing to purchase from other stores to make the 64 count.[4]

50) On July 31, 2022, "Wife" messaged ER, "your wasting time to fix them when you get them." Based on my training and experience, and my knowledge of the investigation, including the recovery of an Angle Grinder in ER's storage unit, I believe this conversation to be about obliterating the firearm serial numbers.

51) On August 1, 2022, "Wife" asked ER "how are you going to keep ordering without questions being asked?" ER claimed that "The 3-month gap won't raise suspension [suspicion]." Based on my training and experience, I believe this conversation reflects ER's efforts to evade the detection of law enforcement.

52) On August 4, 2022, ER messaged his "Wife," "Either I take the hit and not collect the money and avoid him make the count good on my dime and bring it all back with us in Sept at which point he won't be there" to which "Wife" responded "I don't wanna travel with that if you don't mind." ER then told "Wife" that "16 isn't going to even put a dent." Based on my training and experience, and my knowledge of the investigation, I believe this conversation refers to the prospective sale and transportation of firearms.

---

[4] On July 30, 2022, ER references his need to "order the other 48 next week." The number 48 added to the "16" he references in this exchange amounts to 64. Additionally, ER's statements regarding his fee of 1,000 per item is evidenced in the ledger recovered during the search warrant (Exh 1) which details fees for 11 firearms and "cdn transpo" of $11,000.

17

53) On October 15, 2024, (1 day prior to first recorded call with ATF), ER messaged "Andrew" that "Tampa FL, ATF wants to speak to me and I'm freaking out." ER told "Andrew" that he "Bought my guns at a store" and "they [are] locked in my safe which is blocked with all my furniture." Based on my training and experience, and my knowledge of the investigation, I believe ER was referring to the storage unit in Sarasota, Florida. As described above, no firearms were found during a search of that storage unit.

54) On December 19, 2024, (the day of the search warrant was served on ER's storage unit and following the recorded phone interview of ER) ER conducted the following Google search: "How does ATF track/catch people who straw purchase firearms."

55) A review of the ATF Form 4473's for ER's July 2, 2022, and September 4, 2022, firearms purchases indicated that he answered "YES" to question 11a, which states, "Are you the actual transferee/buyer of the firearm(s) listed on the form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the dealer cannot transfer the firearm(s) to you." ER placed his signature on each form, stating the answers were "true, correct, and complete." This was a false statement in furtherance of the scheme to unlawfully traffic firearms in violation of federal law. ER's role in the instant offense was that of a firearms trafficker, who operated in conjunction with an unknown co-conspirator in Canada.

56) Based on the foregoing, I believe there is probable cause that Erhan John ER committed the crime of making a false statement during the purchase of a firearm in violation of 18 U.S.C. § 922(a)(6). These violations occurred within the Middle District of Florida.

Respectfully submitted,

_____
Joshua Dominguez
Special Agent, ATF

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 7 day of August 2025.

_____
HONORABLE ANTHONY E. PORCELLI
United States Magistrate Judge

19